# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BORGMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF BUTTE., et al.,<br><br>　　　　Defendants. | No.  2:22-CV-0411-KJM-DMC<br><br><br>ORDER |

　　　　Plaintiff, who is proceeding with retained counsel, brings this civil action.  An answer has been filed and this matter is ready for scheduling.  A scheduling conference is set for February 1, 2023, before the undersigned in Redding, California, at 10:00 a.m.  On or before January 25, 2023, the parties shall file a joint scheduling report consistent with the provisions of the District Judge's March 4, 2022, order at ECF No. 4.

　　　　IT IS SO ORDERED.

Dated:  December 29, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1