**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
Alison J. Southard, SBN 335716
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
EMAIL: wcamy@porterscott.com
asouthard@porterscott.com

Attorneys for Defendants, COUNTY OF BUTTE and BUTTE COUNTY SHERIFF'S OFFICE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. BORGMAN,<br><br>     Plaintiff,<br><br>v.<br><br>COUNTY OF BUTTE and BUTTE COUNTY SHERIFF'S OFFICE,<br><br>     Defendant.<br>_____/ | Case No.: 2:22-cv-00411-KJM-DMC<br><br>**STIPULATION AND ORDER TO VACATE SETTLEMENT CONFERENCE**<br><br>Complaint Filed: 03/04/2022 |

THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, HEREBY STIPULATE AND AGREE that:

1. Discovery is still at its infancy in this case. Plaintiff has not yet propounded written discovery on Defendants, and no depositions have been taken. Defendants do not yet have complete records related to Plaintiff's alleged damages. Additionally, the parties have not yet conducted expert discovery.

2. The parties do not presently have sufficient information to evaluate liability and damages in this case. As such, the parties do not believe that a settlement conference would be productive at this time.

3. Therefore, the parties hereby stipulate and agree that the settlement conference, presently set for May 11, 2023, at 10:00 a.m., should be vacated.

4. If, in the future, the parties determine that a settlement conference would be a productive use of time, the parties will contact the Court to re-schedule the settlement conference.

**IT IS SO STIPULATED.**

Dated: April 14, 2023          ANDREW E. BAKOS & ASSOCIATES, P.C.,



By      */s/ Andrew Edward Bakos*
       Andrew Edward Bakos
       Attorney for Plaintiffs

Dated: April 14, 2023          D.B. HILL, A PROFESSIONAL LAW CORPORATION



By      */s/ Dennis B. Hill*
       Dennis B. Hill
       Attorney for Plaintiffs

Dated: April 17, 2023          PORTER | SCOTT
                A PROFESSIONAL CORPORATION

                      */s/ Alison J. Southard*
By:      
       William E. Camy
       Alison J. Southard
       Attorneys for Defendants
       COUNTY OF BUTTE and BUTTE COUNTY SHERIFF'S OFFICE

/ / /
/ / /
/ / /
/ / /
/ / /

STIPULATION AND [PROPOSED] ORDER TO VACATE SETTLEMENT CONFERENCE

**ORDER**

Having reviewed the foregoing stipulation, and good cause appearing, the Settlement Conference scheduled for May 11, 2023, is hereby VACATED.

**IT IS SO ORDERED.**

Dated:  April 25, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER TO VACATE SETTLEMENT CONFERENCE